IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOE FELDMAN, on behalf of himself and
all others similarly situated,                                                                  PLAINTIFF

VS.                         CASE NO. 4:08CV00143 JMM

THE STANDARD FIRE INSURANCE COMPANY                              DEFENDANT

ORDER

Defendant's Rule 83.5 Application to Make Special Appearance is granted (#12).  For good cause, and pursuant to Local Rule 83.5(d) of the Rules of the United States District Court for the Eastern and Western Districts of Arkansas, Donna J. Vobornik, Mark L. Hanover, and Anthony T. Eliseuson are hereby permitted to appear as counsel for defendant.

IT IS SO ORDERED this  4   day of March, 2008.


_____
James M. Moody
United States District Judge